**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Chapman Messick, | No. CV07-1272-PHX-NVW |
| Plaintiff, | **ORDER** |
| vs. | |
| State of Arizona; Department of Weights and Measures; Director George Seitts and Jane Do Seitts of Arizona Department of Weights and Measures; Weights and Measures Inspector Number 20, J. J. Stroh and Jane Doe Stroh; City of Scottsdale, Arizona; City of Scottsdale, Arizona Chief of Police Allen Rogbell and Jane Doe Rogbell; City of Scottsdale, Arizona Police Officer Number 1150, C.F. Bailey and Jane Doe Bailey, | |
| Defendants. | |

The court has received the City of Scottsdale's lodged form of judgment, which the court construes as a request for a Rule 54(b) certification of finality. The court finds just reason to delay entry of judgment until conclusion of this case.

IT IS THEREFORE ORDERED that the request for Rule 54(b) certification of finality and entry of partial judgment for the City of Scottsdale is denied.

DATED this 26th day of March, 2008.

_____
Neil V. Wake
United States District Judge